THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 John William Pressley, Appellant.
 
 
 
 
 

Appeal From York County
Larry B. Hyman, Circuit Court Judge

Unpublished Opinion No. 2010-UP-133
 Submitted January 4, 2010  Filed
February17, 2010  

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, Office of the Attorney General, all of Columbia; Solicitor Kevin
 Scott Brackett, of York, for Respondent.
 
 
 

PER CURIAM: John William Pressley appeals his guilty
 plea to distribution of crack cocaine, possession of marijuana with intent to
 distribute, and possession of marijuana with intent to distribute within
 proximity to a public park.  On appeal, Pressley contends the trial court erred
 in failing to require the State to amend the date on the indictment, and its
 failure to do so requires this court to remand Pressley's case for a new trial.  After a thorough review of the record and
 counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967)
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Pressley's
 appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.